# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | |
|---|---|
| James Demarlow Kershaw, | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  7:18-cv-02780-BHH |
| | ) |
| Alonzo Thompson, | ) |
| | ) |
| *Defendants* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, James Demarlow Kershaw, shall take nothing of the defendant, Alonzo Thompson, from the

complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding, adopting the Report and
Recommendation set forth by the Honorable Kevin F. McDonald, United States Magistrate Judge, which recommended
dismissing the complaint without prejudice.

Date:  November 27, 2018          *ROBIN L. BLUME, CLERK OF COURT*

_____

*Signature of Clerk or Deputy Clerk*